UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-22749-CIV-MARTINEZ

JAMES RAMSDELL,

    Plaintiff,

v.

FIRST PREMIER BANK, *et al.*,

    Defendants.
_____/

### ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE came before the Court upon Plaintiff's Notice of Settlement as to Defendant First Premier Bank, (ECF No. 37), stating that Plaintiff and Defendant First Premier Bank have reached a settlement in this matter. It is hereby:

**ORDERED AND ADJUDGED** as follows:

1.    Plaintiff and Defendant shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), which must be filed with the Clerk of the Court; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before 30 days from the date of this Order**.

2.    This Order shall have no effect on the remaining defendants.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of September, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record