UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 21-22749-CIV-MARTINEZ-BECERRA**

JAMES RAMSDELL,

    Plaintiff,

v.

FIRST PREMIER BANK, *et al.*,

    Defendants.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY**

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice, (ECF No. 42). It is hereby:

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** solely as to Defendant Equifax Information Services, LLC. Each party shall bear its own attorney's fees and costs. This Order shall not affect the remaining defendants.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of October, 2021.

                                                    _____
                                                    JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record