UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 21-22749-CIV-MARTINEZ-BECERRA**

JAMES RAMSDELL,

     Plaintiff,

v.

FIRST PREMIER BANK, *et al.*,

     Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE AS TO FIRST PREMIER BANK ONLY

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice as to First Premier Bank, (ECF No. 48).  It is hereby:

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** solely as to Defendant First Premier Bank.  Each party shall bear its own attorney's fees and costs.  This Order shall not affect the remaining defendants.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of October, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record