UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-22749-CIV-MARTINEZ-BECERRA

JAMES RAMSDELL,

    Plaintiff,

v.

FIRST PREMIER BANK, *et al.*,

    Defendants.
_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE came before the Court upon Plaintiff's Notice of Settlement stating that Plaintiff and Defendant Trans Union LLC ("Trans Union") have reached a settlement in this matter. (ECF No. 54). It is hereby:

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff and Defendant Trans Union shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), which must be filed with the Clerk of the Court; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before 30 days from the date of this Order**.

2. This Order shall have no effect on the remaining defendant.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of October, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record