UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 21-22749-CIV-MARTINEZ-BECERRA**

JAMES RAMSDELL,

    Plaintiff,

v.

FIRST PREMIER BANK, *et al.*,

    Defendants.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE AS TO LVNV FUNDING LLC AND TRANS UNION LLC ONLY

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice as to LVNV Funding LLC and Trans Union LLC, (ECF No. 59). It is hereby:

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** solely as to Defendants LVNV Funding LLC and Trans Union LLC. Each party shall bear its own attorney's fees and costs. This Order shall not affect the remaining defendants.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of November, 2021.

                                                                             _____
                                                                             JOSE E. MARTINEZ
                                                                             UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record