UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 21-22749-CIV-MARTINEZ-BECERRA**

JAMES RAMSDELL,

    Plaintiff,

v.

FIRST PREMIER BANK, *et al.*,

    Defendants.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice as to Experian Information Solutions, Inc. ("Experian"), (ECF No. 62). It is hereby:

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** solely as to Defendant Experian. Each party shall bear its own attorney's fees and costs. This Order shall not affect the remaining defendant.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of December, 2021.

                                                          _____
                                                          JOSE E. MARTINEZ
                                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record