UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: **21-22749-CIV-MARTINEZ-BECERRA**

JAMES RAMSDELL,

    Plaintiff,

v.

FIRST PREMIER BANK, *et al.*,

    Defendants.
_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE came before the Court upon Plaintiff's Notice of Settlement stating that Plaintiff and the remaining defendant, Portfolio Recovery Associates, LLC ("Portfolio Recovery"), have reached a settlement in this matter. (ECF No. 64). It is hereby:

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff and Defendant Portfolio Recovery shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), which must be filed with the Clerk of the Court; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before 30 days from the date of this Order**.

2. If the parties fail to comply with this Order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

3. The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only and all pending motions are **DENIED as moot**. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of January, 2022.

                                                      JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record